PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
ROBIN TUBESING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CV-01203-WBS-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR ENTRY OF CONSENT JUDGMENT |
| v. | |
| CYNTHIA SEELEY, | |
| Defendant. | |

The United States of America and Cynthia Seeley hereby stipulate and agree as follows:

1. This court has subject matter jurisdiction over this matter under 31 U.S.C. § 3730(a) and 28 U.S.C. § 1345.

2. The court has personal jurisdiction over the defendant, who acknowledges receipt of a copy of the complaint in this action.

3. The defendant acknowledges her liability to the United States in the amount of $11,604.79, which is the United States' damages in connection with her receipt of FEMA benefits related to the Camp Fire, as is more fully set out in the complaint filed in this cause. No interest will accrue on this debt.

4. The defendant agrees to notify her attorney within 48 hours of any change of address or telephone number, and provide her attorney with the new address and/or telephone number once change, and shall generally keep her attorney advised of her whereabouts, until the debt is paid in full.

5. The defendant agrees to submit a financial statement and authorization to release

information, and authorizes the United States to obtain a credit report.

6. The defendant agrees to provide notice of any change in her financial condition to United States within seven (7) days of the change, until the debt is paid in full.

7. The defendant agrees that the amount due to FEMA is due in full immediately and subject to immediate enforcement by the United States. The defendant further agrees that if she is unable to pay the full amount immediately, she may pay at least $30 per month towards the debt. The defendant understands that the payment schedule or plan is merely a minimum and does not foreclose the United States from collecting the debt at any time through all available means.

8. The defendant agrees that the debt will be enrolled in the Treasury Offset Program if she fails to make a payment of at least $30 per month.

9. The defendant agrees that the debt is not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2), and that she will not attempt to seek discharge of the debt.

10. Until the debt is paid in full, the defendant agrees not to sell, encumber, transfer, convey, or otherwise dispose of any assets without prior written consent of the United States, except that she may sell, transfer, or convey personal property (including used vehicles and personal items, but not financial instruments, ownership interests in business entities or real property) with an aggregate value of less than $5,000.

11. The defendant agrees to make payment of the debt in the amount of at least $30 per month, payable to "Nationwide Central Intake Facility," and sent to P.O. Box 790363, St. Louis, Missouri 63179.

12. The district court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment.

13. This is a publicly available document, and the defendant waives any claim that this or any other document filed in this case along with any information contained therein is subject to the Privacy Act of 1974, 5 U.S.C. § 552a.

Dated: June 22, 2023               PHILLIP A. TALBERT
                                   United States Attorney

                            By:    /s/ ROBIN TUBESING
                                   ROBIN TUBESING
                                   Assistant United States Attorney


Dated:                             /s/ Cynthia Seeley
                                   CYNTHIA SEELEY
                                   Defendant

APPROVED AS TO FORM AND CONTENT:

Dated: June 22, 2023               /s/ Timothy Zindel
                                   TIMOTHY LeROY ZINDEL
                                   Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Stipulation for Entry of Consent Judgment, and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS ORDERED that:

1. Judgment shall be entered in favor of the United States for $11,604.79.  No interest shall accrue.

2. The defendant shall notify her attorney within 48 hours of any change of address or telephone number, and provide her attorney with the new address and/or telephone number once change, and shall generally keep her attorney advised of her whereabouts, until the debt is paid in full.

3. The defendant shall submit a financial statement and authorization to release information.  The United States is authorized to obtain a credit report.

4. The defendant shall provide notice of any change in her financial condition to United States within seven (7) days of the change, until the debt is paid in full.

5. The amount is due in full immediately and subject to immediate enforcement by the United States.  If the defendant is unable to pay the full amount immediately, she may pay at least $30 per month towards the debt.  Any payment schedule or plan is merely a minimum and does not foreclose the United States from collecting the debt at any time through all available means.

6. The United States is authorized to enroll the debt in the Treasury Offset Program if the defendant fails to make a payment of at least $30 per month.

7. The debt is not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2).  The Defendant shall not attempt to seek discharge of the debt.

8. Until the debt is paid in full, the defendant shall not to sell, encumber, transfer, convey, or otherwise dispose of any assets without prior written consent of the United States, except that she may sell, transfer, or convey personal property (including used vehicles and personal items, but not financial instruments, ownership interests in business entities or real property) with an aggregate value of less than $5,000.

///

///

9. The defendant shall make payment of the debt in the amount of at least $30 per month, payable to "Nationwide Central Intake Facility," and sent to P.O. Box 790363, St. Louis, Missouri 63179.

10. This court retains jurisdiction over this case for purposes of enforcing the Consent Judgment.

IT IS SO ORDERED.

Dated: July 7, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE