PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
ROBIN TUBESING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>CYNTHIA SEELEY,<br><br>                Defendant. | CASE NO. 2:23CV01203-DJC-KJN<br><br>CONSENT JUDGMENT |

Pursuant to the Stipulation for Entry of Consent Judgment, judgment is entered in favor of the United States against the defendant in the amount of $11,604.79.  No interest shall accrue.

Dated: July 7, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE